UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN J. BANK,<br><br>    Plaintiff,<br><br>v.<br><br>LAS VEGAS JUSTICE COURT, SMALL CLAIMS DIVISION,<br><br>    Defendant. | 2:13-cv-0846-LDG-VCF<br><br>ORDER |

The court has reviewed plaintiff's objections (#5) to the magistrate judge's report and recommendation that this case be dismissed (#4). Good cause appearing,

THE COURT HEREBY ADOPTS the magistrate judge's report and recommendation (#4) and orders that this case is DISMISSED.

DATED this 30 day of September, 2016.

_____
Lloyd D. George
United States District Judge